UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

| | |
|---|---|
| HEATHER SHEPHERD, | Case No. |
| Plaintiff, | 3:12-cv-00103-CSH |
| - against - | |
| BLUE SKY STUDIOS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, and KEITH STICHWEH, in his individual and official capacities, | |
| Defendants. | FEBRUARY 10, 2012 |

-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Mark W. Lerner, is appearing as counsel of record in the above-captioned action on behalf of Defendants Blue Sky Studios, Inc., Twentieth Century Fox Film Corporation and Keith Stichweh.

Dated: New York, New York
       February 10, 2012

                              Respectfully submitted,

                              By: /s/ Mark W. Lerner
                                  Mark W. Lerner (ct22867)
                                  KASOWITZ, BENSON, TORRES
                                      & FRIEDMAN LLP
                                  1633 Broadway
                                  New York, New York 10019
                                  Tel: (212) 506-1700
                                  Fax: (212) 506-1800
                                  mlerner@kasowitz.com

## CERTIFICATION OF SERVICE

I hereby certify that on the 10th day of February, 2012, a copy of the foregoing Notice of Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Mark W. Lerner
Mark W. Lerner