UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x

| | |
|---|---|
| **HEATHER SHEPHERD,** <br>                            **Plaintiff,** <br><br> - against - <br><br> **BLUE SKY STUDIOS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, and KEITH STICHWEH, in his individual and official capacities,** <br>                            **Defendants.** | Case No. <br> **3:12-cv-00103-CSH** <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO <u>COMPLAINT</u>** <br><br><br> **FEBRUARY 10, 2012** |

------------------------------------------------------------------x

     IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that defendants' time to answer, move or otherwise respond to the complaint in the above-captioned action is hereby extended from February 15, 2012 to and including March 2, 2012.

     IT IS FURTHER STIPULATED that this is defendants' first request for an extension of time to answer, move or otherwise respond to the complaint in the above-referenced action.

     IT IS FURTHER STIPULATED that nothing herein shall constitute a waiver of any of the parties' rights or defenses.

     IT IS FURTHER STIPULATED that facsimile or electronically transmitted signatures in PDF format may be used in place of originals and, in the aggregate, shall constitute counterpart originals hereof.

Dated: New York, New York
February 10, 2012

| | |
|---|---|
| THOMPSON WIGDOR LLP<br><br>By: _____<br>Kenneth P. Thompson (ct22509)<br>Lawrence M. Pearson  (phv05196)<br><br>85 Fifth Avenue<br>New York, New York 10118<br>Tel: (212) 257-6800<br>Fax: (212) 257-6845<br>kthompson@thompsonwidgor.com<br>lpearson@thompsonwigdor.com<br><br>       --and -- <br><br>William G. Madsen (ct09853)<br>MADSEN, PRESTLEY &<br>PARENTEAU, LLC<br>44 Capitol Avenue, Suite 201<br>Hartford, CT 06106<br>Tel: (860) 246-2466<br>Fax: (860) 246-1794<br>wmadsen@mppjustice.com<br><br>*Attorneys for Plaintiff*<br>*Heather Shepherd* | KASOWITZ, BENSON, TORRES<br>& FRIEDMAN LLP<br><br>By: _____<br>Mark W. Lerner (ct22867)<br><br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br>Fax: (212) 506-1800<br>mlerner@kasowitz.com<br><br>*Attorneys for Defendants*<br>*Blue Sky Studios, Inc., Twentieth Century*<br>*Fox Film Corporation and Keith Stichweh* |

2

## CERTIFICATION OF SERVICE

      I hereby certify that on the 10th day of February, 2012, a copy of the foregoing Stipulation Extending Time To Respond To Complaint was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                              _____
                                                               Mark W. Lerner