UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x

| | |
|---|---|
| **HEATHER SHEPHERD,** | Case No. |
| Plaintiff, | 3:12-cv-00103-CSH |
| - against - | STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT |
| **BLUE SKY STUDIOS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, and KEITH STICHWEH, in his individual and official capacities,** | |
| Defendants. | FEBRUARY 28, 2012 |

------------------------------------------------------------------x

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that defendants' time to answer, move or otherwise respond to the complaint in the above-captioned action is hereby further extended from March 2, 2012 to and including March 16, 2012.

IT IS FURTHER STIPULATED that this is defendants' second request for an extension of time to answer, move or otherwise respond to the complaint in the above-referenced action.

IT IS FURTHER STIPULATED that plaintiff consented to defendants' first request for an extension of time to answer, move or otherwise respond to the complaint in the above-referenced action from February 15, 2012 to March 2, 2012, and plaintiff consents to a second extension of time for defendants to answer, move or otherwise respond to the complaint, to and including March 16, 2012.

IT IS FURTHER STIPULATED that nothing herein shall constitute a waiver of any of the parties' rights or defenses.

IT IS FURTHER STIPULATED that facsimile or electronically transmitted signatures in PDF format may be used in place of originals and, in the aggregate, shall constitute counterpart originals hereof.

Dated: New York, New York
       February 28, 2012

THOMPSON WIGDOR LLP

By: _____
Kenneth P. Thompson (ct22509)
Lawrence M. Pearson (phv05196)

85 Fifth Avenue
New York, New York 10118
Tel: (212) 257-6800
Fax: (212) 257-6845
kthompson@thompsonwidgor.com
lpearson@thompsonwigdor.com

        --and --

William G. Madsen (ct09853)
MADSEN, PRESTLEY &
PARENTEAU, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Tel: (860) 246-2466
Fax: (860) 246-1794
wmadsen@mppjustice.com

*Attorneys for Plaintiff*
*Heather Shepherd*

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: _____
Mark W. Lerner (ct22867)

1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
mlerner@kasowitz.com

*Attorneys for Defendants*
*Blue Sky Studios, Inc., Twentieth Century*
*Fox Film Corporation and Keith Stichweh*

2

## CERTIFICATION OF SERVICE

I hereby certify that on the 28th day of February, 2012, a copy of the foregoing Stipulation Further Extending Time To Respond To Complaint was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

_____
Mark W. Lerner