UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------X
HEATHER SHEPHERD,

                Plaintiff,            **MOTION TO EXTEND TIME TO FILE RULE 26(f) CONFERENCE REPORT**

   -against-

                                       Index No.: 12-cv-00103 (CSH)

BLUE SKY STUDIOS, INC., TWENTIETH
CENTURY FOX FILM CORPORATION, and
KEITH STICHWEH, in his individual and      March 22, 2012
official capacities,

                Defendants.
-------------------------------------------------------------------X

PLEASE TAKE NOTICE, that the undersigned counsel for Plaintiff Heather Shepherd requests an extension of the time to file a Rule 26(f) Conference Report ("the Report") to April 16, 2012. The Report is due to be filed with this Court by March 26, 2012. The parties have agreed in principle to the material terms of a settlement agreement, and have been unable to hold a Rule 26(f) conference. The parties are working diligently to finalize an agreement, and will promptly notify the Court if and when a settlement has been finalized. Plaintiff's counsel has spoken with counsel for Defendants, and the parties are in agreement regarding this joint request to extend the time to file the Report. This is the first motion for an extension of time to file the Rule 26(f) Conference Report made by either party.

Date:  March 22, 2012
       New York, New York                              Thompson Wigdor LLP

                                                                         Lawrence M. Pearson  (phv05196)

                                                                         85 Fifth Avenue
                                                                         New York, NY 10003
                                                                         Telephone: (212) 257-6800
                                                                         Facsimile: (212) 257-6845
                                                                         lpearson@thompsonwigdor.com

                                                                         *COUNSEL FOR PLAINTIFF*