UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x

| | |
|---|---|
| HEATHER SHEPHERD,<br>　　　　　　　　　Plaintiff, | Case No.<br>3:12-cv-00103-CSH |
| - against - | STIPULATION<br>OF DISMISSAL |
| BLUE SKY STUDIOS, INC., TWENTIETH<br>CENTURY FOX FILM CORPORATION, and<br>KEITH STICHWEH, in his individual and<br>official capacities,<br>　　　　　　　　　Defendants. | APRIL 12, 2012 |

------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Heather Shepherd and Defendants Blue Sky Studios, Inc., Twentieth Century Fox Film Corporation and Keith Stichweh, in his individual and official capacities, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice, and with each party to bear her, his, or its own costs, fees and expenses.

Dated: New York, New York
April 12, 2012

| | |
|---|---|
| THOMPSON WIGDOR LLP | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| By: *[signature]* | By: *[signature]* |
| Kenneth P. Thompson (ct22509) | Mark W. Lerner (ct22867) |
| Lawrence M. Pearson (phv05196) | |

85 Fifth Avenue
New York, New York 10118
Tel: (212) 257-6800
Fax: (212) 257-6845
kthompson@thompsonwidgor.com
lpearson@thompsonwigdor.com

--and--

William G. Madsen (ct09853)
MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Tel: (860) 246-2466
Fax: (860) 246-1794
wmadsen@mppjustice.com

*Attorneys for Plaintiff*
*Heather Shepherd*

1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
mlerner@kasowitz.com

*Attorneys for Defendants*
*Blue Sky Studios, Inc., Twentieth Century Fox Film Corporation and Keith Stichweh*

## CERTIFICATION OF SERVICE

I hereby certify that on the 12th day of April, 2012, a copy of the foregoing Stipulation of Dismissal was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

*Mark W. Lerner*
Mark W. Lerner (ct22867)
KASOWITZ, BENSON, TORRES
  &amp; FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
mlerner@kasowitz.com